# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| IN RE: | CHAPTER 13 |
|---|---|
| MICHAEL BRUCE ZIELKE, | CASE NO. 22-40305-JMM |
| Debtor(s). | |

## AGREED ORDER MODIFYING PLAN TO RESOLVE FUNDING ISSUE

**THIS MATTER** coming before the Court by agreement of the parties to increase plan payments in order to fund Debtor(s) plan and for the trustee to continue to make the current mortgage payments pursuant to the confirmed Chapter 13 Plan, and the Notice of Mortgage Payment Change filed July 26, 2023 increasing mortgage payments from $1,544.34 to $1,823.67 commencing in September 2023, and the trustee having determined that plan payments need to increase by $311 per month in order to comply with the terms of the plan by paying the current mortgage payments which has increased since the plan confirmed, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Debtor(s) plan is modified such that commencing in August 2023 plan payments will increase by $311 per month for the remainder of the term of the plan in order to adequately fund Debtor(s) Plan.

**IT IS FURTHER ORDERED** that all other terms and conditions of the confirmed plan shall remain in full force and effect.



DATED: September 11, 2023

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

*/s/ Kathleen McCallister*
Kathleen McCallister, Trustee

*/s/ Holly Sutherland (email approval 9.8.2023)*
Holly Sutherland, Attorney for the Debtor