Holly Sutherland, ISB No. 9521
Avery Law
3090 E. Gentry, STE 250
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile: (208) 994-3182

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | |
| --- | --- | --- |
| | ) | |
| Michael Zielke | ) | Case No. 22-40305-NGH |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | ) | |
| _____ | ) | |

**Notice of Debtor's Motion to Modify Chapter 13 Plan, Opportunity to Object, and Right to a Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of this objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate Notice of Hearing.

## MOTION TO MODIFY DEBTORS' CONFIRMED CHAPTER 13 PLAN

COMES NOW Michael Zielke, Debtor herein, by and through Holly Sutherland, counsel of record and hereby moves to modify his Chapter 13 Plan pursuant to 11 U.S.C. § 1329(a) to extend the deadline for the Debtor to refinance or sell his home to December 31, 2024, and to allow the Trustee to continue making post-petition conduit payments until the property is sold or refinanced.

1. Debtor filed for Chapter 13 bankruptcy relief on August 1, 2022 (Dkt No. 1).

2. The Debtor's Second Amended Chapter 13 Plan (Dkt No. 47) was confirmed by order of this court on February 28, 2023 (Dkt No. 60). Debtor's plan was modified by an agreed order (Dkt No. 68) on September 11, 2023, to resolve a funding issue when the Debtor's mortgage payment increased. Debtor's current plan payment is $2,293.00 per month. Debtor is currently on a wage order. Debtor's confirmed plan requires him to refinance or sell his property within twelve (12) months from the date of confirmation to pay the mortgage arrears owed to Guaranteed Rate in the amount of $76,530.53. Under the confirmed plan, the Trustee is not to make any payments towards the mortgage arrears. Debtor's refinance or sell was to occur on or about February 2024.

3. Pursuant to 11 U.S.C. § 1329(a), the plan may be modified upon the request of the Debtor(s) at any time before the completion of the plan. Debtor moves to modify his confirmed plan to to extend the deadline in which to refinance or sell the real property located at 170 W. 30th South, Jerome, ID 83338. Debtor has been working with a refinance company. Debtor needs additional time in order to facilitate the refinance or prepare the property to sell. Debtor seeks to extend the deadline to refinance or sell the property to December 31, 2024. Debtor believes this gives him an adequate amount of time to complete the refinance process or prepare the property to sell.

Additionally, Debtor moves to modify the plan to allow the Trustee to continue paying the

post-petition conduit mortgage payment until such time that the Debtor completes the refinance or sale of the property. Debtor believes it is within the best interest of the mortgage lender to allow the trustee to continue making post-petition mortgage payments.

WHEREFORE, Debtor respectfully requests that this Court approve this Motion to Modify to extend the deadline to sell or refinance the property to December 31, 2024, and to have the Trustee continue to pay the mortgage company post-petition mortgage payments through the plan until such time as the property is refinanced or sold.

Dated this 22nd day of May, 2024.

/s/ Holly Sutherland
Attorney for Debtors

CERTIFICATE OF SERVICE

COMES NOW, Crystal M. Robertson, and hereby certifies that on May 22, 2024, I electronically filed the Debtor's Motion to Modify Chapter 13 Plan on the CM/ECF system, which sent notice to the following persons:

Kathleen McCallister @ kam@kam13trustee.com

Jeffrey Kaufman @ jpk@kam13trustee.com

Mark Middlemas @ ecfmail@hwmlawfirm.com

Lewis Stoddard @ lewis@hwmlawfirm.com

U.S. Trustee @ustp.region18.bs.ecf@usdoj.gov

And, I hereby certify that I served a true and correct copy of the above mentioned was served on May 22, 2024, upon the following person(s) by mailing with the necessary postage affixed thereto:

Michael Zielke
170 W. 30th S.
Jerome, ID 83338

/s/ Crystal Robertson
Chapter 13 Paralegal