**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE:<br><br>Michael Bruce Zielke,<br><br>      Debtor. | CHAPTER 13<br><br>CASE NO. 22-40305-NGH |

## AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** coming before the Court on Trustee's Motion to Dismiss, Docket No. 83, based on Debtor's failure to comply with his confirmed plan by failing to sell or refinance his real property by February 28, 2024 and Debtor's Motion to Modify his confirmed plan to extend the time for him to sell or refinance his house to December 31, 2024 and for Trustee to continue to make the current monthly mortgage payments, dkt. no. 78, due notice having been given on both motions and trustee objecting to Debtor's Motion to modify the plan, and the parties having resolved all matters, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Debtor's plan is modified such that he shall have until October 15, 2024 to sell or refinance his real property located at 170 W 30th Street South in Jerome Idaho.

**IT IS FURTHER ORDERED** that notwithstanding that the automatic stay as to Guaranteed Rate expired on February 28, 2024, per the terms of the confirmed plan, that Trustee shall make the mortgage payments to Guaranteed Rate due through September 2024.  Any mortgage payment due for October 2024 and afterwards shall be paid through the sale, refinance, or foreclosure of Debtor's home.

**IT IS FURTHER ORDERED** that all the remaining terms and conditions of Debtor's confirmed plan shall remain in full force and effect. //end of text//

**AGREED ORDER MODIFYING PLAN - 1**

DATED: August 30, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

/s/_____
Kathleen McCallister, Trustee

/s/_____
Holly Sutherland, Attorney for Debtor(s)

**AGREED ORDER MODIFYING PLAN - 2**