Holly Sutherland, ISB No. 9521
Avery Law
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Ph: 208-639-9400
Fax: 208-297-5553
Email: Holly@averylaw.net

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 22-40305-NGH |
| Michael Zielke, | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

---

**Notice of Motion to Withdraw as Debtor's Attorney and
Opportunity to Object and for a Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen (14) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate Notice of Hearing.

---

**MOTION TO WITHDRAW AS DEBTOR'S ATTORNEY**

COMES NOW Debtor's counsel, Holly Sutherland of Avery Law, and hereby moves the Court, pursuant to LBR 9010-1(f), for the entry of an order granting counsel to withdraw as counsel of record for the Debtor and that no proceedings that affect the rights of the Debtor be

had for a minimum of 21 days after entry of such order.

This Motion is made and based on the Affidavit of Holly Sutherland filed herewith and upon the records and papers filed in the above-entitled action.

Dated this 9th day of July, 2025.

/s/ Holly Sutherland
Counsel for Debtor

## CERTIFICATE OF SERVICE

COMES NOW, Crystal M. Robertson, and hereby certifies that on July 9, 2025, I electronically filed the Motion to Withdraw as Debtors' Attorney on the CM/ECF system, which sent a notice to the following persons:

| | |
|---|---|
| Kathleen A. McCallister | kam@kam13trustee.com |
| Mark Middlemas | ecfmail@hwmlawfirm.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Lewis Stoddard | lewis@hwmlawfirm.com |
| Jeffrey Kaufman | jpk@kam13trustee.com |

And, I further certify that I served a true and correct copy of the above-mentioned on July 9, 2025, upon the following person(s) by mailing with the necessary postage affixed thereto:

Michael Zielke
170 W. 30th S.
Jerome, ID 83338

And via email to Debtor.

/s/ Crystal Robertson
Chapter 13 Paralegal