Holly Sutherland, ISB No. 9521
Avery Law
3090 E. Gentry Way, Ste 250
Meridian, ID 83642
Ph: 208-639-9400
Fax: 208-297-5553
Email: Holly@averylaw.net

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 22-40305-NGH |
| Michael Zielke | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | |

AFFIDAVIT OF HOLLY SUTHERLAND IN SUPPORT OF

MOTION TO WITHDRAW AS DEBTOR'S ATTORNEY

STATE OF IDAHO   )
                 ) ss:
COUNTY OF ADA    )

Holly Sutherland, being first duly sworn on oath, deposes and says:

1. That your affiant is an attorney with Avery Law.

2. That your affiant was retained by the Debtor, Michael Zielke, in or about August 2022 to represent him in the above-entitled matter.

3. That the Debtor has requested that the affiant withdraw and such request has materially affected your affiant's ability to represent Debtor and/or advise Debtor as this case proceeds.

4. That your affiant considers the attorney-client relationship to be irreparably broken, as the attorney and Debtor are unable to effectively communicate and cooperate.

5. There is not a pending motion to dismiss filed by the Trustee. The Debtor is current on plan payments and is currently on a wage order. Debtor's mortgage lender was granted Stay Relief after Debtor failed to comply with the terms of his Chapter 13 plan to sell or refinance the home by February 28, 2024. Debtor's Counsel filed a Motion to Modify to extend the time to sale or refinance the property until December 2024. An Order was entered on August 30, 2024 (Dkt No. 86) extending the time to sell or refinance the property until October 15, 2024.

6. Affiant has advised Debtor of the pending foreclosure sale scheduled for August 27, 2025. Affiant will respond to any further inquiries by Debtor until an Order Granting Withdraw is entered by the Court.

Further your affiant sayeth naught.

Dated this 9th day of July, 2025.

/s/ Holly Sutherland
Attorney for Debtor

SUBSCRIBED AND SWORN TO before me, a Notary Public, this 9th day of July, 2025.



_Melissa Geary_ Notary

My commission expires: 2/14/2028

## CERTIFICATE OF SERVICE

COMES NOW, Crystal M. Robertson, and hereby certifies that on July 9, 2025, I electronically filed the Affidavit in Support of Motion to Withdraw as Debtor's Attorney on the CM/ECF system, which sent a notice to the following persons:

| | |
|---|---|
| Kathleen A. McCallister | kam@kam13trustee.com |
| Mark Middlemas | ecfmail@hwmlawfirm.com |
| Lewis Stoddard | lewis@hwmlawfirm.com |
| Jeffrey Kaufman | jpk@kam13trustee.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |

And, I further certify that I served a true and correct copy of the above-mentioned on July 9, 2025, upon the following person(s) by mailing with the necessary postage affixed thereto:

Michael Zielke
170 W. 30th S.
Jerome, ID 83338

And via email to Debtor

/s/ Crystal Robertson
Chapter 13 Paralegal